PEARSON, MJ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| ELLA HENDERSON o/b/o TASHEANA HENDERSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY )<br>)<br>Defendant. ) | CASE NO. 1:08CV2989<br><br>MAGISTRATE JUDGE PEARSON<br><br><br>**JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, having found that the decision was based upon proper legal standards and supported by substantial evidence, the Court AFFIRMS the final decision of the Commissioner denying benefits to Plaintiff Ella Henderson on behalf of her great-granddaughter, Tasheana Henderson.

**IT IS SO ORDERED**.

 March 17, 2010                    /s/ Benita Y. Pearson
Date                               United States Magistrate Judge